UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| DOMINICK LEROY DAVIS,<br><br>　　　　　Plaintiff,<br>v.<br><br>RENTGROW, INC.,<br><br>　　　　　Defendant. | Case No.: 3:23-cv-01503-TJC-PDB<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT RENTGROW, INC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff(s) Dominick Leroy Davis and Defendant RentGrow, Inc. ("RentGrow"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to RentGrow as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

RESPECTFULLY SUBMITTED this 27th day of September 2024.

### CONSUMER ATTORNEYS

/*s/ Catherine Tillman*
Catherine Tillman, Esq., (FL Bar No. 0057663)
8095 N. 85th Way
Scottsdale, AZ 85258
T : (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com

*Attorney for Plaintiff Dominick Leroy Davis*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/*Catherine Tillman*