**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DOMINICK LEROY DAVIS,

      Plaintiff,

                                         Case No. 3:23-cv-1503-TJC-PDB

v.

RENTGROW, INC.,

      Defendant.

_____

**O R D E R**

Upon review of the Stipulation of Dismissal (Doc. 37), filed on October 31, 2024, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 4th day of November, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record